RICHARD S. KAUFMAN, Appellant v. DESLAURIERS COLUMN MOULD COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RALPH O. PROCTOR, Appellant, v. STOLL FILM CORPORATION OF AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

INTERCONTINENTAL RUBBER COMPANY, Appellant, v. CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMERICAN ENAMELING MANUFACTURING CORPORATION, Respondent, v. THE LACKAWANNA IRON AND STEEL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALBERT T. TOWNLEY, Appellant, v. CHARLES J. D. NOBLE and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WALTER T. MENKE, Respondent, v. GEORGE C. SIMONS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Arbitration between ASHLEY D. ADAMS and Another, Doing Business under the Firm Name of ADAMS & POWERS, Respondents, and ROTTENBERG SONS CO., INC., Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RIOICHIRO ARAI and Others, Composing the Firm of MORIMURA, ARAI & CO., Appellants, v. MARY D. SMITH and Others, as Executrices, etc., Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES E. EGAN, Respondent, v. CHARLES E. EGAN & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM N. HARTE, Respondent, v. ADELE STURGES DODD, Appellant.— Determination affirmed, with costs, and judgment absolute ordered against defendant, with costs, pursuant to stipulation. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RAYMOND E. BELL, Respondent, v. SHERMAN AND ASSOCIATES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CASOLARO PAINTING & DECORATING COMPANY, INC., Appellant, v. PATERNO CONSTRUCTION COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.